# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−7 | User: auto | Date Created: 1/25/2023 |
| Case: 23−70024−JAD | Form ID: 309iPGH | Total: 23 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Andrew William Pulsney | 584 Kuhn Lane    Duncansville, PA 16635 |
| jdb | Erin Marie Pulsney | 584 Kuhn Lane    Duncansville, PA 16635 |
| ust | Office of the United States Trustee | Liberty Center.    1001 Liberty Avenue, Suite 970    Pittsburgh, PA 15222 |
| tr | Ronda J. Winnecour | Suite 3250, USX Tower    600 Grant Street    Pittsburgh, PA 15219 |
| aty | Daniel J. Boger | Harold Shepley & Associates LLC    209 W. Patriot Street    Somerset, PA 15501 |
| smg | Pennsylvania Department of Revenue | Bankruptcy Division    P.O. Box 280946    Harrisburg, PA 17128−0946 |
| smg | Pennsylvania Dept. of Revenue | Department 280946    P.O. Box 280946    ATTN: BANKRUPTCY DIVISION    Harrisburg, PA 17128−0946 |
| 15564727 | Capital One | Attn: Bnakruptcy    P.O. Box 30285    Salt Lake City, UT 84130 |
| 15564728 | Capital One Auto Finance | Attn: Bankruptcy    7933 Preston Rd    Plano, TX 75024 |
| 15564729 | Citibank NA | C/O Jane Fraser, Pres. & CEO    701 East 60th Street N    Sioux Falls, SD 57104 |
| 15564730 | Holiday Financial Services | 112 Hollidaysburg Plz    Duncansville, PA 16635 |
| 15564731 | IC Systems, Inc | Attn: Bankruptcy    PO Box 64378    St. Paul, MN 55164 |
| 15564732 | Morris Scott, Esq. | Disability Rights Pennsylvania    1800 John F. Kennedy Blvd.    Suite 900    Philadelphia, PA 19103 |
| 15564734 | Mortgage Electronic Registration Systems | Inc.    1901 E. Voorhees Street    Suite C    Danville, IL 61834 |
| 15564733 | Mortgage Electronic Registration Systems | Inc.    P.O. Box 2026    Flint, MI 48501−2026 |
| 15564735 | Mr. Cooper | Attn: Dorothy Bynum    Lake Vista 4    800 State Highway 121 Bypass    Lewisville, TX 75067 |
| 15564737 | Nationstar Mortgage LLC | D/B/A Mr. Cooper    8950 Cypress Waters Blvd.    Dallas, TX 75019 |
| 15564738 | Nationstar Mortgage LLC | D/B/A Mr. Cooper    C/O KML Law Group, P.C.    701 Market Sreet, Suite 5000    Philadelphia, PA 19106 |
| 15564736 | Nationstar Mortgage LLC | D/B/A Mr. Cooper    P.O. Box 619094    Dallas, TX 75261−9741 |
| 15564739 | Nationstar Mortgage LLC D/B/A Mr. Cooper | C/O KML Law Group, P.C.    Attn: Geraldine M. Linn    701 Market Street, Suite 5000    Philadelphia, PA 19106−1532 |
| 15564740 | Nationstar/Mr. Cooper | Attn: Bankruptcy    P. O. Box 619098    Dallas, TX 75261 |
| 15564742 | OneMain Financial | 302 Union Avenue    Altoona, PA 16602−3250 |
| 15564741 | OneMain Financial | Attn: Bankruptcy    PO Box 3251    Evansville, IN 47731 |

TOTAL: 23