# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrew William Pulsney | CHAPTER 13 |
| Erin Marie Pulsney | |
| Debtor(s) | BKY. NO. 23-70024 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
31 Jan 2023, 13:24:41, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com