FILED
5/17/23 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ANDREW WILLIAM PULSNEY,
ERIN MARIE PULSNEY,
    **DEBTOR(S).**

ANDREW WILLIAM PULSNEY,
ERIN MARIE PULSNEY,
    **MOVANT(S),**

V.

CITIBANK NA,
    **RESPONDENT(S).**

Bankruptcy No. 23-70024-JAD

Chapter 13

Related to ECF No. 30

Responses Due: April 30, 2023

Hearing Date & Time:
Wednesday, May 24, 2023, at 10:30 A.M.

**DEFAULT O/E JAD**

**ORDER**

AND NOW 17th day of May, 2023, upon consideration of the Movants' Motion to Avoid Judicial Lien, it is hereby ORDERED:

1.    That the judicial lien of the Respondent, filed at Case No. 2012-02297, in the Blair County, Pennsylvania Court of Common Pleas, impairs an exemption to which the Movants would otherwise be entitled under 11 U.S.C. §522(d).

2.    The judicial lien is hereby declared void and unenforceable in its entirety against the Movants' residential real estate located at 584 Kuhn Lane, Duncansville, PA 16635, and fully described in Deed Instrument No. 201819081 in the Blair County, Pennsylvania Recorder of Deeds Office.

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within (3) days hereof.

_____
JEFFERY A. DELLER   jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
    Daniel Boger, Esq.

*Page 1 of 1*

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70024-JAD |
| Andrew William Pulsney | Chapter 13 |
| Erin Marie Pulsney | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew William Pulsney, Erin Marie Pulsney, 584 Kuhn Lane, Duncansville, PA 16635-7120 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Daniel J. Boger | |
| | on behalf of Joint Debtor Erin Marie Pulsney dnlboger@yahoo.com |
| | dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Daniel J. Boger | |
| | on behalf of Debtor Andrew William Pulsney dnlboger@yahoo.com |
| | dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: May 17, 2023　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　Total Noticed: 1
TOTAL: 5