**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ANDREW WILLIAM PULSNEY,<br>ERIN MARIE PULSNEY,<br>**DEBTOR(S).** | Bankruptcy No. 23-70024-JAD<br><br>Chapter 13 |
| ANDREW WILLIAM PULSNEY,<br>ERIN MARIE PULSNEY,<br>**MOVANT(S),** | Document No.<br><br>Related to Document No. 34 |
| V. | Responses Due: |
| CITIBANK NA,<br>**RESPONDENT(S).** | Hearing Date & Time: |

**CERTIFICATE OF SERVICE OF ORDER**

I certify under the penalty of perjury that I served the above-captioned document on the parties at their respective addresses specified below, the Chapter 13 Trustee, and the Office of the United States Trustee on May 18, 2023.

The types of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) were: Certified United States Mail, Postage Prepaid and First-Class United States Mail, Postage Prepaid.  If more than one method of service was employed, this certificate of service groups the parties by the type of service.

Parties served by Certified United States Mail. Postage Prepaid and First-Class United States Mail, Postage Prepaid: Please refer to the attached list of parties served.

| | |
|---|---|
| Date:  05/18/2023 | /s/ Daniel J. Boger, Esq.<br>Daniel J. Boger, Esq.<br>PA Bar ID No. 92961<br>Harold Shepley & Associates, LLC<br>209 West Patriot Street<br>Somerset, PA 15501<br>Telephone: (814) 444-0500<br>E-Mail: dboger@shepleylaw.com<br>Counsel for the Debtor(s)/Movant(s) |

**Parties served by Certified United States Mail, Postage Prepaid:**

Citibank, N.A.
C/O Jane Fraser, Pres. & CEO
701 East 60th Street N
Sioux Falls, SD 57104

**Parties served by First-Class United States Mail, Postage Prepaid:**

Andrew William Pulsney
Erin Marie Pulsney
584 Kuhn Lane
Duncansville, PA 16635

Morris Scott, Esq.
Disability Rights Pennsylvania
1800 John F. Kennedy Blvd.
Suite 900
Philadelphia, PA 19103

Office of the United States Trustee
C/O Marta E. Villacorta, Assistant U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esq.
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219