# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-70024-JAD |
| ANDREW WILLIAM PULSNEY, | : | |
| ERIN MARIE PULSNEY, | : | Chapter 13 |
| **Debtor(s)**. | : | |
| | : | Document No. |
| ANDREW WILLIAM PULSNEY, | : | |
| ERIN MARIE PULSNEY, | : | Related to Doc. No. |
| **Movant(s)**, | : | |
| | : | |
| v. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | |
| CHAPTER 13 TRUSTEE, | : | |
| **Respondent**. | : | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE PURSUANT TO W.PA.LBR 3002-4 (b)(2)

AND NOW, come the debtors, Andrew William Pulsney and Erin Marie Pulsney, by and through their attorney, Daniel J. Boger, Esq. and the law firm of Harold Shepley & Associates, LLC, and respectfully files the within Declaration Regarding Notice of Mortgage Payment Change and, in support thereof, represent as follows:

**1.** The debtors are, Andrew William Pulsney and Erin Marie Pulsney, both adult individuals presently residing at 584 Kuhn Lane, Duncansville, PA 16635.

**2.** Counsel for the debtor is Daniel J. Boger, Esq., of Harold Shepley & Associates LLC, 209 West Patriot Street, Somerset, Pennsylvania 15501.

**3.** The mortgage company for the debtors' residential real estate is Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741, as indicated on the proof of claim and filed at Claim No. 5 in the Claims Register in this case.

**4.** The new post-petition monthly payment payable to Nationstar Mortgage LLC, is $1,096.28 effective February 1, 2026, as indicated in the Notice of Mortgage Payment Change filed on January 9, 2026, at Claim No. 5 in the Claims Register in this case.

**5.**  Debtor's counsel has reviewed the current Plan dated January 17, 2023, and the subsequent Confirmation Orders adjusting the Plan payment, recomputed the Plan payment based upon the mortgage payment change, and believes that the existing Chapter 13 Plan payment is sufficient to fund the Plan.

Date:   02/02/2026

Respectfully submitted,
/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 092961
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA 15501
Phone: (814) 444-0500
Fax:    (814) 444-0600
E-mail: dboger@shepleylaw.com