IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-70024-JAD |
| ANDREW WILLIAM PULSNEY, | : | |
| ERIN MARIE PULSNEY, | : | Chapter 13 |
| **Debtor(s)**, | : | |
| | : | Doc. No. |
| ANDREW WILLIAM PULSNEY, | : | Related to Doc No. 50 |
| | : | |
| **Movant(s)**, | : | Motion No. ■ WO-1 |
| | : | Motion No. ☐ WO-2 |
| v. | : | |
| | : | |
| SHEETZ, INC., | : | |
| **Respondent(s)**. | : | |

### CERTIFICATE OF SERVICE OF ORDER TO STOP PAYROLL DEDUCTIONS

I certify under penalty of perjury that I served the above-captioned document on the party and at the address specified below or on the attached list on February 3, 2026.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class United States Mail, Postage Prepaid.

**Party served by First-Class United States Mail, Postage Prepaid:**

Sheetz
Attn: Payroll
242 Sheetz Way
Claysburg, PA 16625

EXECUTED ON: 02/03/2026        By:    /s/ Daniel J. Boger, Esq.
                                      Daniel J. Boger, Esq.
                                      PA Bar I.D. No. 092961
                                      Harold Shepley & Associates, LLC
                                      209 W. Patriot Street
                                      Somerset, PA 15501
                                      Phone: (814) 444-0500
                                      E-mail: dboger@shepleylaw.com
                                      Counsel for the Debtor(s)