UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ANDREW WILLIAM PULSNEY<br>ERIN MARIE PULSNEY<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  ANDREW WILLIAM PULSNEY<br>ERIN MARIE PULSNEY<br><br>       Respondents | Case No. 23-70024JAD<br><br>Chapter 13<br><br>Related to<br>Document No. ___49___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___2nd___ day of __February__, 2026, it is hereby ORDERED, ADJUDGED, and DECREED that,

Sheetz
Attn: Payroll
242 Sheetz Way
Claysburg, PA 16625

is hereby ordered to immediately terminate the attachment of the wages of ANDREW WILLIAM PULSNEY, social security number XXX-XX-3635. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANDREW WILLIAM PULSNEY.

BY THE COURT:

_____sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

FILED
2/2/26 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70024-JAD |
| Andrew William Pulsney | Chapter 13 |
| Erin Marie Pulsney | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2
Date Rcvd: Feb 02, 2026      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Andrew William Pulsney, Erin Marie Pulsney, 584 Kuhn Lane, Duncansville, PA 16635-7120

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:

**Name**      **Email Address**

Daniel J. Boger
     on behalf of Joint Debtor Erin Marie Pulsney dnlboger@yahoo.com
     dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com

Daniel J. Boger
     on behalf of Debtor Andrew William Pulsney dnlboger@yahoo.com
     dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com

Denise Carlon
     on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com

Heather Stacey Riloff
     on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                  cmecf@chapter13trusteewdpa.com

TOTAL: 6