**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ANDREW WILLIAM PULSNEY** |
| Debtor 2 (Spouse, if filing) | **ERIN MARIE PULSNEY** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **23-70024JAD** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   NATIONSTAR MORTGAGE LLC(*)

Court claim no.  (if known):   5

**Last 4 digits** of any number you use to identify the debtor's account:   6  8  0  3

**Property Address:**   584 KUHN LN
Number       Street

DUNCANSVILLE                    PA    16635
City                                State    ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $    20,915.07 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $    20,915.07 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $    -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $    20,915.07 |

| Part 4: | Postpetition Payment |
|---------|----------------------|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:        $_____41,932.20_____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>April 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---------|------------------------------------------|

 Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $_____-0-_____

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---------|-------------------------------------------------------|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour _____        Date _____03/02/2026_____
                 Signature

Trustee        Ronda J. Winnecour _____
                 First Name          Middle Name          Last Name

Address        CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET _____
                 Number     Street

                 PITTSBURGH _____        PA        15219 ____
                 City                              State    ZIP Code

Contact phone  (412) 471-5566 _____        Email  cmecf@chapter13trusteewdpa.com _____

| Debtor 1 | **PULSNEY** | | Case Number **23-70024JAD** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 5 | NATIONSTAR MORTGAGE LLC(*) | 07/25/2023 | 1274451 | Amounts Disbursed To Creditor | 372.73 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 08/25/2023 | 1277228 | Amounts Disbursed To Creditor | 509.94 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 09/01/2023 | 0000000 | Reallocation Of Principal | 109.59 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 09/26/2023 | 1279971 | Amounts Disbursed To Creditor | 509.94 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 11/27/2023 | 1285348 | Amounts Disbursed To Creditor | 1,018.99 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 01/26/2024 | 1290624 | Amounts Disbursed To Creditor | 1,019.00 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 02/26/2024 | 1293283 | Amounts Disbursed To Creditor | 509.94 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 03/26/2024 | 1295929 | Amounts Disbursed To Creditor | 509.94 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 05/29/2024 | 1301302 | Amounts Disbursed To Creditor | 1,019.00 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 06/25/2024 | 1303831 | Amounts Disbursed To Creditor | 596.94 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 07/25/2024 | 1306433 | Amounts Disbursed To Creditor | 877.92 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 08/26/2024 | 1309005 | Amounts Disbursed To Creditor | 1,038.39 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 10/25/2024 | 1314125 | Amounts Disbursed To Creditor | 1,026.00 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 11/25/2024 | 1316686 | Amounts Disbursed To Creditor | 2,089.17 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 01/28/2025 | 1321590 | Amounts Disbursed To Creditor | 1,847.75 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 03/26/2025 | 1326499 | Amounts Disbursed To Creditor | 981.70 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 04/25/2025 | 1328965 | Amounts Disbursed To Creditor | 1,016.24 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 05/23/2025 | 1331388 | Amounts Disbursed To Creditor | 1,016.24 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 06/25/2025 | 1333831 | Amounts Disbursed To Creditor | 2,067.02 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 07/25/2025 | 1336300 | Amounts Disbursed To Creditor | 1,016.24 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 08/26/2025 | 1338706 | Amounts Disbursed To Creditor | 1,016.24 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 10/24/2025 | 1343597 | Amounts Disbursed To Creditor | 746.15 |

|  |  |
|---|---|
| Total for Claim Number 5: | 20,915.07 |

**Total for Part 3 - b (Prepetition Arrears):** **20,915.07**

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 5 | NATIONSTAR MORTGAGE LLC D/B/A N | 03/28/2023 | 1263119 | Amounts Disbursed To Creditor | 2,147.85 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 04/25/2023 | 1265938 | Amounts Disbursed To Creditor | 713.11 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 05/25/2023 | 1268799 | Amounts Disbursed To Creditor | 1,422.38 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 06/26/2023 | 1271696 | Amounts Disbursed To Creditor | 2,113.78 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 07/25/2023 | 1274451 | Amounts Disbursed To Creditor | 1,154.66 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 08/25/2023 | 1277228 | Amounts Disbursed To Creditor | 1,063.17 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 09/01/2023 | 0000000 | Reallocation Of Continuing Debt | -109.59 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 09/26/2023 | 1279971 | Amounts Disbursed To Creditor | 1,063.17 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 10/25/2023 | 1282682 | Amounts Disbursed To Creditor | 701.90 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 11/27/2023 | 1285348 | Amounts Disbursed To Creditor | 1,424.44 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 12/21/2023 | 1287944 | Amounts Disbursed To Creditor | 701.90 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 01/26/2024 | 1290624 | Amounts Disbursed To Creditor | 1,424.44 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 02/26/2024 | 1293283 | Amounts Disbursed To Creditor | 1,063.17 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 03/26/2024 | 1295929 | Amounts Disbursed To Creditor | 1,063.17 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 04/25/2024 | 1298586 | Amounts Disbursed To Creditor | 701.90 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 05/29/2024 | 1301302 | Amounts Disbursed To Creditor | 1,424.44 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 06/25/2024 | 1303831 | Amounts Disbursed To Creditor | 1,063.17 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 07/25/2024 | 1306433 | Amounts Disbursed To Creditor | 1,063.17 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 08/26/2024 | 1309005 | Amounts Disbursed To Creditor | 1,063.17 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 09/25/2024 | 1311596 | Amounts Disbursed To Creditor | 1,050.78 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 10/25/2024 | 1314125 | Amounts Disbursed To Creditor | 1,075.56 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 11/25/2024 | 1316686 | Amounts Disbursed To Creditor | 1,063.17 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 12/23/2024 | 1319091 | Amounts Disbursed To Creditor | 1,050.78 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 01/28/2025 | 1321590 | Amounts Disbursed To Creditor | 1,304.59 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 02/25/2025 | 1324020 | Amounts Disbursed To Creditor | 1,050.78 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 03/26/2025 | 1326499 | Amounts Disbursed To Creditor | 1,119.86 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 04/25/2025 | 1328965 | Amounts Disbursed To Creditor | 1,085.32 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 05/23/2025 | 1331388 | Amounts Disbursed To Creditor | 1,085.32 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 06/25/2025 | 1333831 | Amounts Disbursed To Creditor | 1,085.32 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 07/25/2025 | 1336300 | Amounts Disbursed To Creditor | 1,085.32 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 08/26/2025 | 1338706 | Amounts Disbursed To Creditor | 1,085.32 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 09/25/2025 | 1341121 | Amounts Disbursed To Creditor | 1,050.78 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 10/24/2025 | 1343597 | Amounts Disbursed To Creditor | 1,119.86 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 11/21/2025 | 1345897 | Amounts Disbursed To Creditor | 1,085.32 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 12/23/2025 | 1348240 | Amounts Disbursed To Creditor | 1,085.32 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 01/27/2026 | 1350633 | Amounts Disbursed To Creditor | 1,085.32 |
| 5 | NATIONSTAR MORTGAGE LLC(*) | 02/24/2026 | 1352979 | Amounts Disbursed To Creditor | 2,100.08 |

|  |  |
|---|---|
| Total for Claim Number 5: | 41,932.20 |

Debtor 1    **PULSNEY**
Name
Case Number **23-70024JAD**
Page 2

# History Of Payments

Total for Part 4 - a (Postpetition Payments):    41,932.20

## Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

ANDREW WILLIAM PULSNEY
ERIN MARIE PULSNEY
584 KUHN LANE
DUNCANSVILLE, PA  16635

DANIEL J BOGER ESQ
HAROLD SHEPLEY & ASSOC LLC
209 W PATRIOT ST
SOMERSET, PA  15501

NATIONSTAR MORTGAGE LLC(*)
PO BOX 619094
DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE LLC**
ATTN BANKRUPTCY NOTICES - LEGAL
PO BOX 619096
DALLAS, TX  75261-9741

ALDRIDGE PITE LLP
SIX PIEDMONT CENTER
3525 PIEDMONT RD NE STE 700
ATLANTA, GA  30305


Dated: 03/02/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee