**Fill in this information to identify the case:**

Debtor 1    Andrew William Pulsney

Debtor 2    Erin Marie Pulsney
(Spouse, if filing)

United States Bankruptcy Court for the: Western _____ District of Pennsylvania
(State)

Case number   23-70024-JAD

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

**Part 1:**  **Mortgage Information**

**Name of claim holder:**  Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC

**Court claim no**. (if known):
5

**Last 4 digits** of any number you use to identify the debtor's account:  ******6803

**Property address:**   584 Kuhn Lane
Number        Street

Duncansville          PA        16635
City                State     ZIP Code

**Part 2:**  **Arrearages**

The total amount received to cure any arrearages as of the date of this response:  $ 20,915.07 .

*Check all that apply:*

☒  The amount required to cure any prepetition arrearage has been paid in full.

☐  The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this notice:    $ _____ .

☒  The amount required to cure any postpetition arrearage has been paid in full.

☐  The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this notice:    $ _____ .

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

i.   Date last payment was received on the mortgage:        03/02/2026

ii.   Date next postpetition payment from the debtor is due:   06/01/2026

iii.   Amount of the next postpetition payment that is due:   $    1,096.28

iv.  Unpaid principal balance of the loan:   $  143,978.86

v.  Additional amounts due for any deferred or accrued interest:   $    (442.43)

vi.  Balance of the escrow account:   $    2,333.36

vii. Balance of unapplied funds or funds held in a suspense account:   $    3.32

viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:   $    0.00

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ */s/ Shawn Miller*  Date 3/19/2026
Signature

Name  Shawn Miller
First name        Middle name        Last name

Title  Agent for Creditor

Company  Aldridge Pite, LLP
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700
Number        Street

Atlanta                           GA        30305
City                              State     ZIP Code

Contact phone  (404 ) 994-7400                    Email shawnmiller@aldridgepite.com

```
                                                                                   3/16/26
                        Payoff Quote Include/Omit Items                            13:13:12
                     ================================================              CPY-EDT

            PO Dt   3/30/26        Int Paid To      5/01/26
            Sub Code    00         Next Due Dt       6/01/26      Int Rate        3.500
Prin Bal        143,978.86         Per Diem Int          13.81    Int Calcs       442.43-
Optional Items to I-Include or O-Omit:                           Plan Number      00001
I  Escrow Balance            2,333.36        O  Total Late Charges            .00
   Interest on Escrow             .00        I  Total NSF Charges             .00
I  Escrow Advance                 .00        O  Optional Ins Payment          .00
I  Misc Suspense Bal             3.32        O  Prepayment Penalty            .00
I  Forbearance Bal                .00        O  Mortgage Ins Premium       156.52
O  Subsidy                        .00        O  Other Fees Due                .00
O  Hazard Suspense Bal            .00        O  Rebate Points Financed   0000000
   Int on Hazard Loss             .00        I  Deferred Principal            .00
O  Inv. Advance                   .00        O  Recording Fee        0000000000000
I  Corp Advance Bal               .00        O  Quote fee            0000000000000
O  Corp Expense Bal               .00        O  Oth2   COUNTY RECORDING FEE  0000000006375
O  Default Int Due                .00        O  Oth1   PREPAYMENT PENALTY    0000000000000 +
I  Deferred Int                   .00        O  MBS Liq Difference        863.38
O  Prepaid Ins Rebate             .00
_  Partial Claims                 .00
Accept Quote - Y/N N                                   PO Amt           141,199.75


   F11=Corp Adv    F12=Return    F13=Opt Ins    F14=Corp Expense    F24=More keys
```

# Delaware

Page 1

### The First State

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE

STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND

CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"NATIONSTAR SUB2 LLC", A DELAWARE LIMITED LIABILITY COMPANY,

"NATIONSTAR SUB1 LLC", A DELAWARE LIMITED LIABILITY COMPANY,

"NATIONSTAR MORTGAGE LLC", A DELAWARE LIMITED LIABILITY

COMPANY,

WITH AND INTO "ROCKET MORTGAGE, LLC" UNDER THE NAME OF

"ROCKET MORTGAGE, LLC", A LIMITED LIABILITY COMPANY ORGANIZED

AND EXISTING UNDER THE LAWS OF THE STATE OF MICHIGAN, AS

RECEIVED AND FILED IN THIS OFFICE ON THE THIRTIETH DAY OF

JANUARY, A.D. 2026, AT 11:25 O`CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF

THE AFORESAID CERTIFICATE OF MERGER IS THE SECOND DAY OF

FEBRUARY, A.D. 2026.



Charuni Patibanda-Sanchez, Secretary of State



Date: 01-30-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered  11:25 AM 01/30/2026
FILED  11:25 AM 01/30/2026

# STATE OF DELAWARE
## CERTIFICATE OF MERGER OF
## DOMESTIC LIMITED LIABILITY COMPANIES
## INTO FOREIGN LIMITED LIABILITY COMPANY

Pursuant to Title 6, Section 18-209(c) of the Delaware Limited Liability Company Act, the undersigned foreign limited liability company executed the following Certificate of Merger:

**FIRST**: The name of the surviving foreign limited liability company is Rocket Mortgage, LLC, a Michigan limited liability company, and the name of the Delaware limited liability companies being merged into the foreign limited liability company are Nationstar Sub1 LLC, Nationstar Sub2 LLC and Nationstar Mortgage LLC.

**SECOND**: The Agreement and Plan of Merger has been approved and executed by each of the constituent limited liability companies in accordance with Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD**: The name of the surviving foreign limited liability company is Rocket Mortgage, LLC.

**FOURTH**: The merger is to become effective on February 2, 2026.

**FIFTH**: The Agreement and Plan of Merger is on file at 1050 Woodward Avenue, Detroit, MI 48226, a place of business of the surviving foreign limited liability company.

**SIXTH**: A copy of the Agreement and Plan of Merger will be furnished by the surviving foreign limited liability company, on request and without cost, to any member of the Delaware limited liability companies or any person holding an interest in the foreign limited liability company.

**SEVENTH**: The surviving foreign limited liability company agrees that it may be served with process in the State of Delaware in any action, suit or proceeding for the enforcement of any obligation of the Delaware limited liability companies, and irrevocably appoints the Secretary of State of Delaware as its agent to accept service of process in an such action, suit or proceeding. The Secretary of State shall mail any such process to the surviving foreign limited liability company at 40600 Ann Arbor Road East, Suite 201, Plymouth, MI 48170.

**IN WITNESS WHEREOF**, said foreign limited liability company has caused this certificate to be signed by an authorized person, the 30th day of January, A.D., 2026.

By: _____
Authorized Person

Name: Amy Bishop _____
Print or Type

4928-9089-2897



**STATE OF MICHIGAN
CSCL/CD - 750 CERTIFICATE OF MERGER FOR
USE BY DOMESTIC LIMITED LIABILITY
COMPANIES**

Corporations Division Administrator

**FILED**

Filed Date: 1/30/2026
Effective Date: 2/2/2026

01/30/2026 Received by Michigan Corporations Division

Certificate of Merger for use by Limited Liability Companies

*Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned execute the following Certificate of Merger:*

Names of each constituent Limited Liability Company

The name of the surviving limited liability company:    ROCKET MORTGAGE, LLC

The identification number:

| The name of the nonsurviving limited liability company |
|---|
| NATIONSTAR MORTGAGE LLC 801856607 |
| NATIONSTAR SUB1 LLC |
| NATIONSTAR SUB2 LLC |

There are no changes to be made to the Articles of Organization of the surviving limited liability company

**The plan of merger has been approved by the members of the constituent company in accordance with section 702(1).**

**The merger is permitted by the law of the jurisdiction under whose law each foreign constituent company is organized and each foreign constituent company has complied with that law in effecting the merger.**

Filing Effective Date

The filing will be effective:                     select the future date the document takes effect (within 90 days).

Effective Date:                                   02/02/2026

Attestations

☒ I understand that the information I enter into the online system is public information and will appear online and on copy requests exactly as I enter it into the system.

☒ I have been authorized by the business entity to file this document online.

☒ I, HEREBY SWEAR AND/OR AFFIRM, under penalty of law, including criminal prosecution, that the facts contained in this document are true. I certify that I am signing this document as the person(s) whose signature is required, or as an agent of the person(s) whose signature is required, who has authorized me to place his/her signature on this document.

**This Certificate is hereby signed as required by Section 103 of the Act.**

| Domestic Constituent Name |
|---|
| ROCKET MORTGAGE, LLC |

*Authorized Agent*          *Amy Bishop*                              *01/30/2026*

Signer's Capacity          On behalf of ROCKET MORTGAGE, LLC          Date

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>March 20, 2026</u>

| | |
|---|---|
| Chapter 13 Trustee: | Ronda J. Winnecour |
| Trustee Address: | Suite 3250, USX Tower |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| Trustee Email: | cmecf@chapter13trusteewdpa.com |
| | |
| Debtor's Counsel Name: | Daniel J. Boger |
| Debtor's Counsel Address: | Harold Shepley & Associates LLC |
| | 209 W. Patriot Street |
| | Somerset, PA 15501 |
| Debtor's Counsel Email: | dnlboger@yahoo.com |
| | |
| Debtor 1 Name: | Andrew William Pulsney |
| Debtor 2 Name: | Erin Marie Pulsney |
| Debtor's Mailing Address: | 584 Kuhn Lane |
| | Duncansville, PA 16635 |

 /s/ Ciara M. Pumicpic