<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Andrew William Pulsney** | Social Security number or ITIN   xxx–xx–3635 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Erin Marie Pulsney** | Social Security number or ITIN   xxx–xx–8811 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   23–70024–JAD | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrew William Pulsney                           Erin Marie Pulsney

6/2/26                                           **By the court:** Jeffery A. Deller
                                                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

| | | |
|---|---|---|
| Form 3180W | **Chapter 13 Discharge** | page 1 |

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 23-70024-JAD

Andrew William Pulsney                                                          Chapter 13

Erin Marie Pulsney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                        User: auto                          Page 1 of 3

Date Rcvd: Jun 02, 2026                     Form ID: 3180W                       Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Andrew William Pulsney, Erin Marie Pulsney, 584 Kuhn Lane, Duncansville, PA 16635-7120 |
| cr | | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, Aldridge Pite, LLP, Six Piedmont Center 3525 Piedmont Road,, N.E., Suite 700, Atlanta, GA 30305 UNITED STATES |
| 15564730 | + | Holiday Financial Services, 112 Hollidaysburg Plz, Duncansville, PA 16635-8410 |
| 15564732 | + | Morris Scott, Esq., Disability Rights Pennsylvania, 1800 John F. Kennedy Blvd., Suite 900, Philadelphia, PA 19103-7408 |
| 15564734 | + | Mortgage Electronic Registration Systems, Inc., 1901 E. Voorhees Street, Suite C, Danville, IL 61834-4512 |
| 15587636 | | Nationstar Mortgage LLC, Attn: Bankruptcy Department P.O. Box 619, Dallas, TX 75261-9741 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | EDI: PENNDEPTREV | Jun 03 2026 04:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 03 2026 04:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jun 03 2026 04:29:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2026 00:41:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 752619741 |
| 15564727 | + | EDI: CAPITALONE.COM | Jun 03 2026 04:29:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15564728 | + | EDI: CAPONEAUTO.COM | Jun 03 2026 04:29:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15573758 | + | EDI: AISACG.COM | Jun 03 2026 04:29:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15569961 | | EDI: CAPITALONE.COM | Jun 03 2026 04:29:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15564729 | + | EDI: CITICORP | Jun 03 2026 04:29:00 | Citibank NA, C/O Jane Fraser, Pres. & CEO, 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 15564731 | + | EDI: LCIICSYSTEM | Jun 03 2026 04:29:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 15565884 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 00:50:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15564733 | ^ | MEBN | Jun 03 2026 00:31:12 | Mortgage Electronic Registration Systems, Inc., |

| | | | | |
|---|---|---|---|---|
| | | | | P.O. Box 2026, Flint, MI 48501-2026 |
| 15564735 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jun 03 2026 00:41:00 | Mr. Cooper, Attn: Dorothy Bynum, Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067-4180 |
| 15564737 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jun 03 2026 00:41:00 | Nationstar Mortgage LLC, D/B/A Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 15564738 | ^ | MEBN | | |
| | | | Jun 03 2026 00:31:20 | Nationstar Mortgage LLC, D/B/A Mr. Cooper, C/O KML Law Group, P.C., 701 Market Sreet, Suite 5000, Philadelphia, PA 19106-1541 |
| 15564736 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jun 03 2026 00:41:00 | Nationstar Mortgage LLC, D/B/A Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 15564739 | ^ | MEBN | | |
| | | | Jun 03 2026 00:31:19 | Nationstar Mortgage LLC D/B/A Mr. Cooper, C/O KML Law Group, P.C., Attn: Geraldine M. Linn, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15564740 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jun 03 2026 00:41:00 | Nationstar/Mr. Cooper, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15564741 | + | EDI: AGFINANCE.COM | | |
| | | | Jun 03 2026 04:29:00 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 15564742 | | EDI: AGFINANCE.COM | | |
| | | | Jun 03 2026 04:29:00 | OneMain Financial, 302 Union Avenue, Altoona, PA 16602-3250 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel J. Boger | |
| | on behalf of Joint Debtor Erin Marie Pulsney dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Daniel J. Boger | |
| | on behalf of Debtor Andrew William Pulsney dnlboger@yahoo.com |

District/off: 0315-7                                   User: auto                                      Page 3 of 3

Date Rcvd: Jun 02, 2026                               Form ID: 3180W                                  Total Noticed: 26

dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com

Heather Stacey Riloff
                      on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com

Matthew Fissel
                      on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
                      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                      cmecf@chapter13trusteewdpa.com


TOTAL: 6