## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    ANDREW WILLIAM PULSNEY
    ERIN MARIE PULSNEY
          Debtor(s)

    Ronda J. Winnecour
         Movant
        vs.
    No Repondents.

Case No.:23-70024 JAD

Chapter 13

Related to Doc No.:  57

**DEFAULT O/E JAD**

### ORDER OF COURT

AND NOW, this _____2nd_____ day of ____June_____, 20 26 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE   sjk

Jeffery A. Deller

FILED
6/2/26 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70024-JAD |
| Andrew William Pulsney | Chapter 13 |
| Erin Marie Pulsney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 02, 2026 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew William Pulsney, Erin Marie Pulsney, 584 Kuhn Lane, Duncansville, PA 16635-7120 |
| cr | | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, Aldridge Pite, LLP, Six Piedmont Center 3525 Piedmont Road,, N.E., Suite 700, Atlanta, GA 30305 UNITED STATES |
| 15564730 | + | Holiday Financial Services, 112 Hollidaysburg Plz, Duncansville, PA 16635-8410 |
| 15564732 | + | Morris Scott, Esq., Disability Rights Pennsylvania, 1800 John F. Kennedy Blvd., Suite 900, Philadelphia, PA 19103-7408 |
| 15564734 | + | Mortgage Electronic Registration Systems, Inc., 1901 E. Voorhees Street, Suite C, Danville, IL 61834-4512 |
| 15587636 | | Nationstar Mortgage LLC, Attn: Bankruptcy Department P.O. Box 619, Dallas, TX 75261-9741 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 03 2026 00:39:56 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2026 00:41:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 752619741 |
| 15564727 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2026 00:39:36 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15564728 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 03 2026 00:50:24 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15573758 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 03 2026 00:39:21 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15569961 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2026 00:39:39 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15564729 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2026 00:50:30 | Citibank NA, C/O Jane Fraser, Pres. & CEO, 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 15564731 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 03 2026 00:41:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 15565884 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 00:39:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15564733 | ^ | MEBN | Jun 03 2026 00:31:11 | Mortgage Electronic Registration Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15564735 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2026 00:41:00 | Mr. Cooper, Attn: Dorothy Bynum, Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067-4180 |
| 15564737 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2026 00:41:00 | Nationstar Mortgage LLC, D/B/A Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |

Case 23-70024-JAD   Doc 64   Filed 06/04/26   Entered 06/05/26 00:36:58   Desc Imaged
Certificate of Notice   Page 3 of 4

District/off: 0315-7 | User: auto | Page 2 of 3
Date Rcvd: Jun 02, 2026 | Form ID: pdf900 | Total Noticed: 24

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 15564738 | ^ | MEBN | Jun 03 2026 00:31:20 | Nationstar Mortgage LLC, D/B/A Mr. Cooper, C/O KML Law Group, P.C., 701 Market Sreet, Suite 5000, Philadelphia, PA 19106-1541 |
| 15564736 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2026 00:41:00 | Nationstar Mortgage LLC, D/B/A Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 15564739 | ^ | MEBN | Jun 03 2026 00:31:21 | Nationstar Mortgage LLC D/B/A Mr. Cooper, C/O KML Law Group, P.C., Attn: Geraldine M. Linn, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15564740 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2026 00:41:00 | Nationstar/Mr. Cooper, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15564741 | + | Email/PDF: cbp@omf.com | Jun 03 2026 00:39:54 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 15564742 | | Email/PDF: cbp@omf.com | Jun 03 2026 00:39:36 | OneMain Financial, 302 Union Avenue, Altoona, PA 16602-3250 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel J. Boger | on behalf of Debtor Andrew William Pulsney dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Erin Marie Pulsney dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Heather Stacey Riloff | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Matthew Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7                          User: auto                                    Page 3 of 3
Date Rcvd: Jun 02, 2026                       Form ID: pdf900                               Total Noticed: 24

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 6